IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. **5-25CR0154-H** |
| ANTONIA ISABEL REYES | |

### INDICTMENT

The Grand Jury Charges:

Count One
Assaulting a Federal Officer Involving Physical Contact
(Violation of 18 U.S.C. § 111(a)(1))

On or about October 20, 2025, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Antonia Isabel Reyes**, defendant, did forcibly assault, resist,

oppose, impede, intimidate, and interfere with a person designated in Title 18, United

States Code, Section 1114, to wit: R.G., a Special Agent with Homeland Security

Investigations, an agency in the executive branch of the United States government, while

R.G. was engaged in, and on account of, the performance of his official duties, and such

acts involved physical contact with R.G.

In violation of Title 18, United States Code, Section 111(a)(1).

Antonia Isabel Reyes
Indictment - Page 1

## Count Two
### Assaulting a Federal Officer Involving Physical Contact
(Violation of 18 U.S.C. § 111(a)(1))

On or about October 20, 2025, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Antonia Isabel Reyes**, defendant, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, to wit: M.F., a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, an agency in the executive branch of the United States government, while M.F. was engaged in, and on account of, the performance of his official duties, and such acts involved physical contact with M.F.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

_____
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
MATTHEW A. McLEOD
Assistant United States Attorney
Tennessee State Bar No. 034353
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7351
Facsimile:    806-472-7394
E-mail:        matthew.mcleod@usdoj.gov

Antonia Isabel Reyes
Indictment - Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

ANTONIA ISABEL REYES

INDICTMENT

COUNTS 1-2:    ASSAULTING A FEDERAL OFFICER INVOLVING
PHYSICAL CONTACT
(Violation of 18 U.S.C. § 111(a)(1))

(2 COUNTS)

A true bill rendered:

Lubbock _____ Foreperson

Filed in open court this _____12TH_____ day of ___November___ , 2025.
Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE